REALTY AFFAIRS, INC., ET AL., COMPLAINANTS–APPELLANTS, v. MEMORIAL DEVELOPMENT COMPANY, DEFENDANT–RESPONDENT.

Argued January 10, 1949—Decided January 17, 1949.

266

*Mr. Ralph W. Chandless* argued the cause for the complainants-appellants (*Messrs. Chandless, Weller, Kramer & Frank,* attorneys).

*Mr. Thomas J. Brogan* argued the cause for the defendant-respondent (*Messrs. Breslin & Breslin,* attorneys).

PER CURIAM. The decree under review will be affirmed for the reasons expressed in the opinion of Vice Chancellor Egan in the court below.

*For affirmance:* Chief Justice VANDERBILT and Justices CASE HEHER, WACHENFELD, BURLING and ACKERSON—6.

*For reversal:* None.